■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN VERNON, Appellant. [821 NYS2d 763]—Judgment, Supreme Court, New York County (Eduardo Padro, J.), rendered September 13, 2004, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $5^{1}/_{2}$ to 11 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (see People v Gaimari, 176 NY 84, 94 [1903]). Concur—Tom, J.P., Marlow, Sullivan, McGuire and Malone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGELIO FIGUEROA, Appellant. [821 NYS2d 763]—Judgments, Supreme Court, Bronx County (Michael A. Gross, J.), rendered February 21, 2002, convicting defendant, after a jury trial, of manslaughter in the second degree, and upon his pleas of guilty, of bail jumping in the first degree, criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to an aggregate term of $10^{1}/_{2}$ to 21 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility. The evidence disproved defendant's justification defense beyond a reasonable doubt.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Marlow, Sullivan, McGuire and Malone, JJ.